NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LOUIS KERLINSKY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7118

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1934, Judge Frank Q. Nebeker.

---

## ON MOTION

---

Before PROST, MAYER, and REYNA, *Circuit Judges.*

PER CURIAM.

## O R D E R

Louis Kerlinsky moves for reconsideration of this court's August 13, 2012 order in part dismissing his appeal as untimely and in part summarily affirming the

judgment of the United States Court of Appeals for Veterans Claims.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s26